80,814-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

Abel Acosta - Clerk
Texas Court of Criminal Appeals
Post Office Box 12308
Capitol Station
Austin, Texas 78711

April 20, 2015

Re: Writ No. 80,814-03, Horner, Glen Dale vs. State of Texas;
Trial Court No. 10480-C

Dear Clerk:

My first two writs were dismissed for non-compliance with Texas Rules of Appellate Procedure. (80,814-01 - 80,814-02). Please let me know the status of my third 11.07 application under writ No. 80,814-03. Specifically, whether it was in compliance with Texas Rules of Appellate Procedure and accepted by the court. If so, please inform me of the current status of my appeal.

I do not have access to the court's Web site page due to my incarceration. The writ was filed on February 5, 2015. I received your white card that it was presented to the court, but have not heard or received any update since. Thank you for your time in this matter. God Bless you.

Sincerly,

Glen Dale Horner 1810564
Eastham Unit
2665 Prison Rd. One
P.O. Box 16
Lovelady, Texas 75851

CC: gdh-file